```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
JIHAD HACHEM,                                                        :
                                                                     :
                           Plaintiff,                                :
                                                                     :         17-CV-8457 (JMF)
          -v-                                                        :
                                                                     :
GENERAL ELECTRIC INC., et al.,                                       :
                                                                     :
                           Defendants.                               :
                                                                     :
-------------------------------------------------------------------- :
                                                                     :
TAMPA MARITIME ASSOCIATION-INTERNATIONAL                             :
LONGSHOREMEN'S ASSOCIATION PENSION PLAN,                             :
                                                                     :
                           Plaintiff,                                :
                                                                     :         17-CV-9888 (JMF)
          -v-                                                        :
                                                                     :
GENERAL ELECTRIC COMPANY, et al.,                                    :
                                                                     :
                           Defendants.                               :         ORDER
                                                                     :
-------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

On December 18, 2017, Tampa Maritime Association-International Longshoremen's Association Pension Plan ("Tampa") filed a putative class action complaint against General Electric Company ("GE") and a number of individual defendants who served as GE officers. Tampa submitted to the Court a Related Case Statement (17-CV-9888 Docket No. 8) seeking to consolidate 17-CV-9888 with a previously filed class action against the same defendants. The Court agrees that the cases are related. Accordingly, **unless any party objects within a week of this Order**, the cases shall be consolidated. All deadlines currently in force in 17-CV-8457,

including those pertaining to appointment of a lead plaintiff and lead counsel (*see* 17-CV-8457 Docket No. 7) shall likewise apply to 17-CV-9888.

    SO ORDERED.

Dated: December 20, 2017
       New York, New York

                                               JESSE M. FURMAN
                                           United States District Judge